**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS40 | 09863507 | Whittenberg | 5P1072 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 01/10/2021 05:50 AM
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41CFR 102-74.375
Place of Offense: 50 W. Broad St. Columbus Ohio 43215 Suite 306

Offense Description: Factual Basis for Charge: 41CFR 102-74.375 HAZMAT ☐
Admission to Government Property (a) Closed areas, entry into, after hours (trespass)

**DEFENDANT INFORMATION**

Last Name: Mayes
First Name: Nicole
M.I.: B.

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 85 Marconi Blvd rm. 235 Columbus Ohio 43215
Date: May 19, 2021
Time: 11:00 AM

X Defendant Signature: /s/ Nicole B Mayes

Original - CVB Copy
*09863507*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 18 January 2021 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Subject Nicole Mayes allegedly trespassed onto government property on January 8, 2021 and again on January 10, 2021. Video surveillance system captured Mayes on government property after hours and Internal Intrusion Detection system alerted to the Battlecreek mega center. Mayes returned on 1/18/2021 and was identified by security. I, Inspector Lauri Whittenburg advised Mayes of her Miranda Rights in which she waived. Mayes stated she was told by her fiance Pete Redman to go there. The government agency is the US Immigration and Customs Enforcement (ICE). Mayes stated that she took clothing items and two phones, vehicle keys and a wallet with $49 dollars from an area where the alarms were going off at. She said security escorted her off property and she took a government van but her ex-boyfriend Ryan Breznicki told her to return it. She admitted to damaging the van when she came back to parking it. Mayes also gave me a set of keys she thought belonged to the van.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/18/2021 /s/ LW
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident